**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| QUINCEY DARDEN, *on behalf of himself and all other persons similarly situated,* | Case No. 2:23-cv-08268-ARL |
| *Plaintiff,* | **NOTICE OF ACCEPTANCE WITH OFFER OF JUDGMENT** |
| -against- | |
| EXCELL COMMUNICATIONS, INC., | |
| *Defendant.* | |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Quincey Darden ("Plaintiff") hereby accepts the attached Offer of Judgement by Defendant Excell Communications, Inc. ("Defendant") in the above-captioned action, in full and final settlement of all of Plaintiff's claims against Defendant arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

Date:  June 13, 2024
New York, NY

Respectfully Submitted,

**Law Office of Mohammed Gangat**

Mohammed Gangat, Esq.
675 Third Avenue, Ste 1810,
New York, NY 10017
718-669-0714
mgangat@gangatpllc.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

_____

QUINCEY DARDEN, on behalf of himself
and all other persons similarly situated,

               Plaintiff,

     v.

EXCELL COMMUNICATIONS, INC.,

               Defendant.

_____

**OFFER OF JUDGMENT**
**PURSUANT TO F.R.C.P. 68**

Civ. No. 23-CV-08268

         Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant EXCELL COMMUNICATIONS, INC. ("Excell" or "Defendant"), makes the following Offer of Judgment to: QUINCEY DARDEN (individually, "Plaintiff"):

         1.      Plaintiff in this action asserts claims against Defendant under the Fair Labor Standards Act ("FLSA").

         2.      In accordance with Federal Rule of Civil Procedure 68, Defendant makes this offer more than 14 days prior to trial.

         3.      Defendant's offer is unconditional, and, is made to fully and finally resolve any-and-all claims under the FLSA asserted by Plaintiff against Defendant.

         4.      Defendant hereby offers to allow Judgment to be entered against it in this action with respect only to the FLSA claims asserted against it.

         5.      Defendant's offer is made solely for the purposes specified by FRCP 68, and does not constitute an admission of liability or admission that Plaintiff has suffered damages.

HARRIS BEACH PLLC
ATTORNEYS AT LAW

6.    Defendant offers to allow Judgment to be entered against as specified in Paragraph 4, for the total amount of **$13,500.**

7.    If Plaintiff does not accept this offer in writing within 14 days after service, this offer shall be deemed withdrawn or rejected in accordance with FRCP 68.

8.    This offer shall not be filed with the Court unless (a) accepted by Plaintiff as specified in Paragraph 7, or, (b) in a proceeding to determine costs.

Dated: June 10, 2024
       Pittsford, New York

                                        HARRIS BEACH PLLC

                                        /s/ M. Ibrahim Tariq
                                        _____
                                        M. Ibrahim Tariq
                                        *Attorneys for Defendant*
                                        99 Garnsey Road
                                        Pittsford, New York 14534
                                        Tel:    585-419-8800
                                        Email:  itariq@harrisbeach.com

HARRIS BEACH PLLC
ATTORNEYS AT LAW

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

QUINCEY DARDEN, *on behalf of himself and all other persons similarly situated,*

*Plaintiff,*

-against-

EXCELL COMMUNICATIONS, INC.,

*Defendant.*

Case No. Case No. 2:23-cv-08268-ARL

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 13th day of June 2024, a copy of Plaintiff's Notice of Acceptance of Rule 68 Offer was served on Defendant by email to Defendant's counsel at:

M. Ibrahim Tariq, Esq.
HARRIS BEACH PLLC
99 Garnsey Road,
Pittsford, NY 14534
itariq@harrisbeach.com
(585) 419-8800

Date:    June 13, 2024
         New York, NY

_____
Mohammed Gangat, Esq.
675 3rd Avenue, Suite 1810
New York, New York 10017
mgangat@gangatpllc.com