**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

QUINCY DARDEN,

                Plaintiff,

  - against -                                              **JUDGMENT**
                                                                       CV 23-8268 (NJC) (ARL)

EXCELL COMMUNICATIONS, INC.,,

                Defendant.

------------------------------------------------------------------X

A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff on June 13, 2024, accepting Defendant's June 10, 2024 offer to allow judgment against it in the amount of $13,500.00, in full and finally settlement of all of Plaintiff's claims against Defendant arising out, alleged in, or related to the facts and transactions alleged in the above-captioned action, it is

**ORDERED AND ADJUDGED** that judgment is entered in in favor of Plaintiff Quincy Darden against Defendant Excell Communications, Inc., in the amount of $13,500.00, in full and finally settlement of all of Plaintiff's claims against Defendant arising out, alleged in, or related to the facts and transactions alleged in the above-captioned action; and that this case is closed.

Dated:  June 17, 2024
          Central Islip, New York

                                                                               BRENNA B. MAHONEY
                                                                               CLERK OF COURT

                                                          By:    /s/ James J. Toritto
                                                                         Deputy Clerk